FILED
04 JUN 29 AM 7:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
JUN 29 2004

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KERRI N. FOSTER, et al., ] | |
| ] | |
| Plaintiffs, ] | |
| ] | |
| vs.   ] | CV-04-CO-0795-S |
| ] | |
| INTEGON GENERAL INSURANCE ] | |
| CORPORATION, et al., ] | |
| ] | |
| Defendants. ] | |

Memorandum of Opinion

Presently before the court is Plaintiffs' Motion for Remand [Doc. # 4], as well as various pleadings filed in response to and as a result of Plaintiffs' Motion for Remand. In paragraph 4 of its Motion for Leave to File Requests for Admission [Doc. #9], Defendant, Integon General Insurance Corporation ("Integon") states: "If Plaintiffs respond to each of Defendant's Requests for Admission with an <u>unqualified</u> admission, Defendant will consent to Plaintiffs' Motion for Remand."

Plaintiffs filed unqualified admissions to Integon's requests and thus this Court lacks diversity jurisdiction as the amount in controversy does not

exceed $75,000.00 exclusive of interest and costs.

This case will be remanded to the Circuit Court of Jefferson County, Alabama. A separate order will be entered.

Done, this 28 day of June, 2004.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE